UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HAMMER & STEEL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:18 CV 1240 CDP |
| | ) | |
| SKY MATERIALS CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

After careful consideration,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [33] is granted only as follows: defendant shall produce Michael Cholowsky for deposition at a reasonable time to be agreed upon by the parties. In all other respects, the motion is denied.

**IT IS FURTHER ORDERED** that by **January 18, 2019**, the parties shall file a joint status report advising the Court of the time and date of Mr. Cholowsky's deposition. If the deposition has not been scheduled by that date, the Court will select a date for the deposition.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of January, 2019.