UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HAMMER & STEEL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:18 CV 1240 CDP |
| | ) | |
| SKY MATERIALS CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

I have carefully considered the pending motion for sanctions, and believe that sanctions are not appropriate. I will remind the parties of the deadlines in the Case Management Order. I suggest that the parties seriously consider whether they can now settle this case. At this point both parties should have a fairly good understanding of what admissible evidence the other can present on summary judgment or trial, which should assist them in any settlement discussions.

**IT IS HEREBY ORDERED** that plaintiff's motion for sanctions [71] is denied.

*[signature]*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 10th day of June, 2019.